Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★   ★   ★                    ★   ★   ★

# MEMORANDUM OPINION

No. 04-08-00796-CV

Michael A. **RAMON**,
Appellant

v.

**ASSET ACCEPTANCE, LLC**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 326240
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   January 21, 2009

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief, which was due on December 1, 2008, has not been filed. On December 9, 2008, this court ordered appellant to show cause in writing by December 29, 2008, why this appeal should not be dismissed for want of prosecution. Appellant did not respond. The appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed against appellant.

PER CURIAM